UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPANSKI ENTERPRISES, INC.,

        Plaintiff,

- against -

TELEWIZJA POLSKA S.A.,

        Defendant.

**ORDER**

19 Civ. 1619 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that there be a telephone conference in this case on **Friday, November 15, 2019 at 5:00 p.m.**

Dated: New York, New York
       November 15, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge