UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPANSKI ENTERPRISES, INC.,

                Plaintiff,

- against -

TELEWIZJA POLSKA S.A.,

                Defendant.

**ORDER**

19 Civ. 1619 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the hearing on Plaintiff's application for a preliminary injunction, presently scheduled for November 20, 2019 at 10:00 a.m., is adjourned to **December 2, 2019 at 10:00 a.m.**

      It is further ORDERED that Defendant will file its opposition brief by **November 20, 2019**, and that Plaintiff will file its reply brief by **November 25, 2019**.

Dated: New York, New York
       November 15, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge