UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPANSKI ENTERPRISES, INC.,

                    Plaintiff,

- against -

TELEWIZJA POLSKA S.A.,

                    Defendant.

**ORDER**

19 Civ. 1619 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference presently scheduled for November 21, 2019 is adjourned <u>sine</u> <u>die</u>.

Dated: New York, New York
       November 18, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge